Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  20−12785−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Rodriguez
   54 Mehrhof Rd
   Little Ferry, NJ 07643−2023

Social Security No.:
   xxx−xx−1177

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/19/20 at 10:00 AM

to consider and act upon the following:

**5** – Order to Show Cause Why Case Should Not be Dismissed for re: Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Scheds, Statement of Financial Affairs For Individuals, Chapter 13 Disclosure of Attorney Compensation (LOCAL FORM), Statement of Your Current Monthly Income & Calc of Commitment Period(122C−1), Calculation of Your Disposable Income (122C−2) – If Applicable, Ch. 13 Plan and Motions (LOCAL FORM), Schedules A/B,C,D,E/F,G,H,I,J, Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/19/2020. Hearing scheduled for 3/25/2020 at 10:00 AM at SLM − Courtroom 3A, Newark. (smz)

Dated: 3/23/20

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court